**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------X
Christine Bokitko                                                    CV 12 - 4138 (NG)(SMG)
on behalf of herself and all other similarly situated consumers
      -vs-
Rubin & Rothman, LLC
----------------------------------------------------------X
Lisa Richardson                                                     CV 12 - 4494 (NG)(SMG)
on behalf of herself and all other similarly situated consumers
      -vs-
Rubin & Rothman, LLC
----------------------------------------------------------X
Simona Timingeriu                                                CV 12-4498  (NG)(SMG)
on behalf of herself and all other similarly situated consumers
      -vs-                                                                 **ORDER**
Rubin & Rothman, LLC
----------------------------------------------------------X
GERSHON, U.S.D.J.

      Having been reported to the Court that the above referenced cases have been settled, it is ordered that tomorrow's conference is cancelled. Each case is discontinued subject only to reopening by February 26, 2013, if the settlement is not consummated.

      So ordered.

      Electronic Signature /NG

      _____
      Nina Gershon, U.S.D.J.

Dated: February 5, 2013
      Brooklyn, New York

cc:  Adam J. Fishbein, Esq.
     Robert L. Arleo, Esq.