UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
LISA RICHARDSON,

        Plaintiff,

- against -

RUBIN & ROTHMAN, LLC,

        Defendant.
-------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 13 2013 ★
BROOKLYN OFFICE

ORDER
12-cv-4494 (NG)(SMG)

GERSHON, United States District Judge:

    The court adopts the unopposed Report and Recommendation ("R&R") of Magistrate Judge Steven M. Gold, dated May 14, 2013, regarding the dismissal of plaintiff's claims. As recommended by Judge Gold, this action is hereby dismissed without prejudice for failure to prosecute.

    Judge Gold has carefully reviewed all applicable considerations in reaching his conclusion that this action should be dismissed, and I endorse and adopt his analysis.

                              SO ORDERED.

                              s/Nina Gershon
                              _____
                              NINA GERSHON
                              United States District Judge

Dated: Brooklyn, New York
       June , 2013